**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymundo GUTIERREZ–PADILLA,**
**a.k.a. Raymond Padilla; et al.,**
**Defendant–Appellant.**

No. 05–10784.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 7, 2008.\*

Filed Jan. 10, 2008.

Hartley M.K. West, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Hilary A. Fox, Esq., Federal Public Defender's Office, Oakland, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

MEMORANDUM \*\*

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, respondent's unopposed motion for summary disposition is granted.

**AFFIRMED.**